EXHIBIT

ORIGINAL
NO COPIES 06/11/08        "B"   FILED

FILED
JUN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

NOTICE: THIS MY SECOND PETITION.

1. UNITED STATES DISTRICT COURT
2. FOR THE DISTRICT OF COLUM...
3.                                    AMENDED BY
                                     COMPLAINT (ERROR)
4. EDWARD KEITH GULLBRANDSON        06/...
5.        PLAINTIFF,                 06/11/08
6. VS.                              '08 CV 1143 LAB NLS
7. GOODYEAR TIRE AND RUBBER COMPANY
8.        DEFENDANTS,          Refiled 08/30/2006
9. 3344 EAST MARKET           IN THE U.S.D.C. NORTHERN
                              DISTRICT OF OHIO
10. AKRON, OHIO — UNK.        CASE # 5:06-CV-01517-JG
                              CIVIL RIGHTS
11.                           COMPLAINT
12.                           CONST. AMEND. 1
        COPYRIGHT
        PROTECTS
13. see, 17 U.S.C. § 101  INVENTIONS § 3   VIOLATION (Six & 14th
14. (06/11/08 CIVIL) COMPLAINT    AMENDMENT 06/11/08).
15.                               (1, 6, 14 Amend.),
                                  (06/11/08).
16. THE UNITED STATES CONSTITUTION
17. WAS ADOPTED BY CONGRESS 1776 AND
18. RATIFIED 1789.
19.     CONSTITUTIONAL LAW 90.1 (1)   ERROR
20. U.S.C.A. CONST. AMEND. 1.
21. (6/11/08) C.A.D.C. 1995   CLAIM 1:
22. EXPRESSIVE MATERIALS do NOT
23. LOSE THEIR "FIRST AMENDMENT"
24. PROTECTION MERELY BECAUSE THEY
25. ARE OFFERED FOR SALE. SEE,
26.     ISKCON OF POTOMAC, INC. V.
27.     KENNEDY, 61 F.3d 949, 314 U.S.
     APP. D.C. 63. (NO SHEPPARDS—NO
     UPDATES). REVERSED IN PART.

06/12/08
NOTICE

MAR 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
(NANCY)

( 1 )

1. COMPLAINT ~ CONTINUED.
2.    CLAIM: 2
3. GOODYEAR TIRE AND RUBBER
4. COMPANY PUBLISHED AND
5. DISTRIBUTED PROTECTED MATERIALS
6. FOR, MONEY. UNDER, THE
7. "FIRST AMENDMENT" SEE, U.S.C.A.
8. CONST. AMEND. 1.
9.    CLAIM 3:
10.      DEFENDANT GOODYEAR, VIOLATED
11. MY "FIRST AMENDMENT" RIGHT BY
12. SELLING MY COPYRIGHTED © 1991 IDEA
13. TO THE PUBLIC FOR "FIFTEEN
14. BILLION DOLLARS" © OCTOBER 22, 1991.
15.      MY "COPYRIGHT" WAS SECURED
16. OCTOBER 22, 1991 ~~THE~~ AT 06/11/08 THE PATENT
17. AND TRADEMARKS OFFICE IN
18. WASHINGTON, D.C. (X) 06/11/08
19.      THE DESIGN, WAS AND IS: DIRECTIONAL
20. ASYMMETRICAL TREAD, DESIGNED TO
21. PREVENT AN AUTOMOBILE FROM
22. HYDROPLANING. WHOM, GOODYEAR
23. "USED WITHOUT PERMISSION" AND DID
24. NOT SHARE THE ~~PROFITS~~ ROYALTIES WITH ME.
    (JUST COMPENSATION)
25. ★ MY COPYRIGHT GIVES ME EXCLUSIVE
26. RIGHTS TO MY IDEA UNDER,
27. COPYRIGHT LAW AND, THE CONSTITUTION.
28.

                    (2)

1. COMPLAINT - CONTINUED~
2.
3. RELIEF SOUGHT:
4. CLAIM 4: COPYRIGHT INFRINGEMENT.
5. ADDED ON: 6/11/08: COPYRIGHT INFRINGEMENT WAS
   AND IS INFRINGED ~~9~~ CONSECUTIVE TIMES = $5,000.00
   PER INFRINGEMENT (ATTORNEY FOR, PLAINTIFF REQUESTED,
   TOTAL, OF: P.B. MILLION DOLLARS TOTAL), COMPENSATORY.
   DAMAGES. ($27,982,725.00.
8. JURY TRIAL - REQUESTED.
9.
10. INJUNCTIVE RELIEF FOR THE
11. PLAINTIFF, BY: 6/11/08. THE COURT, FOR THE
12. PLAINTIFF.
13.
14. DECLARATORY DAMAGES: WHERE,
15. DEFENDANT GOODYEAR TIRE AND RUBBER
16. COMPANY FAILED TO OBSERVE MY
17. RIGHTS UNDER, THE FIRST AMEND-
18. -MENT; SIXTH & FOURTEENTH AMENDMENTS
19. AMENDED COMPLAINT: 06/11/08.
20. PUNITIVE DAMAGES: WHERE,
21. THE PLAINTIFF SUFFERED PAIN AND
22. SUFFERING UNDER, THE RIGHT TO BE
23. FREE FROM CRUEL AND UNUSUAL
24. PUNISHMENT UNDER, THE EIGHTH
25. AMENDMENT TO THE CONSTITUTION.
26. U.S.C.A. CONST. AMEND. 8.
27. I HAVE BEEN IN PRISON WITHOUT REMEDY FOR
   FIFTEEN ~~(15)~~ CONSECUTIVE YEARS FILING WRITS.
   DATE: 06/11/08. ~~SAS~~ PRO SE.

(3)

COMPLAINT~ CONTINUED.

RELIEF SOUGHT

DECLARATORY RELIEF, WHERE
defendant GOODYEAR REPEATEDLY
VIOLATED PLAINTIFF'S RIGHT, TO BE
FREE FROM SLAVERY UNDER,
THE THIRTEENTH AMENDMENT
U.S.C.A. CONST. AMEND., 13.
GOODYEAR REPEATEDLY FORCED [ERROR 6/12/08]
THE PLAINTIFF TO FILE LAWSUITS
AND COURT PAPERS IN THE U.S.
DISTRICT COURT AND COURT OF
APPEALS FOR, (FIFTEEN YEARS) SIXTEEN [ERROR] CONSECU-
TIVE YEARS. THE COURT did NOT
RULE ONCE, IN FAVOR OF THE
PLAINTIFF BUT, (IN FAVOR OF 06/11/08)
GOODYEAR TIRE AND RUBBER
COMPANY.

PRELIMINARY INJUNCTION:
BARRING GOODYEAR FOR VIOLATING
PLAINTIFF'S RIGHTS, (AND BARRING
CORPORATION ENRICHMENT. 06/11/08),
AND PAYMENT OF JUST COMPENSATION,
UNDER, COPYRIGHT INFRINGEMENT LAW
AMOUNT FOR COPYRIGHT INFRINGEMENT EQUALS 5,110 (INFRINGEMENTS).
$ 5,000.00 PER INFRINGEMENT $ (INFRINGEMENTS)
EQUALS $ MILLION DOLLARS. 28 TOT.$ 27,982,725.00 , (6/12/08).

(4)

COMPLAINT ~ CONTINUED—.

Relief Sought:

(INJUNCTIVE Relief, where
The Court "MUST" Rule in favor of
PLAINTIFF BECAUSE HIS CONS-
TITUTIONAL RIGHTS were
VIOLATED SINCE 1993-2005. (2005)
AND "MUST" BE AWARDED ALL 6/11/08.
(ROYALTIES) MONIES MADE FROM PROFITS
SECURED BY GOODYEAR TIRE
AND RUBBER COMPANY IN THE
SUM OF: $ FIFTEEN BILLION
DOLLARS RETROACTIVE FROM
1993 to THIS date, ON The 06/11/08)
AQUA-TREAD TIRE design plus
(ONLY) PAY The PLAINTIFF ONE BILLION
DOLLARS PER YEAR FROM: OCTOBER 22 '91
NOVEMBER 1993 To MARCH/JUNE 11, 2008)
2005, Complete Estimate of
This COPYRIGHT HOLDERS PROTECT-
ED RIGHTS, under The
"FIRST AMENDMENT" TOTAL AMOUNT:
$ $27,982,725.00 COPYRIGHT INFRINGEMENT.
16 BILLION DOLLARS, RESPECTIVELY. 06/11/08)
COPYRIGHT INFRINGEMENT EQUALS 5,475 Times(X)
5,475 Times $5,000.00 PER INFRINGEMENT $26 MILLION DOLLARS.
≥ $27,982,725.00.

(5)

COMPLAINT ~ CONTINUED:
RELIEF SOUGHT
CLAIM 4: CONTINUED.
ACTUAL DAMAGES: KEY 87.5 IN GENERAL
C.A. 9 (CAL.) 1994 "ACTUAL DAMAGES" 06/11/08 West Digest
COPYRIGHT INFRINGEMENT ACTION, CONSISTS OF
ELEMENTS SUCH AS" ROYALTIES 06/12/08 PROFITS LOST BY
COPYRIGHT HOLDER, PROFITS MADE BY
INFRINGER, OR DIMINUTION IN VALUE OF
COPYRIGHT; SUCH DAMAGES ARE DESIGNED TO
COMPENSATE PLAINTIFF AND PREVENT DEFEND-
ANTS UNJUST ENRICHMENT. 17 U.S.C.A. § 504(B).
See, NINTENDO OF AMERICA, INC. V. DRAGON
PACIFIC INTERNATIONAL, 40 F.3d 1007
CERT. DENIED
SHENG V. NINTENDO OF AMERICA, INC.,
115 S. CT. 2256, 515 U.S. 1107, 132 L.Ed(2)
2d 263.
CLAIM 4: CONTINUED.
KEY 87.(1) RECOVERY IN GENERAL; ACTUAL
DAMAGES AND PROFITS
U.S. CAL. 1984. COPYRIGHT ACT PROVIDES
OWNER OF THE COPYRIGHT WITH A POTENTIAL
ARSENAL OF REMEDIES AGAINST AN
INFRINGER OF HIS WORK, INCLUDING AN
INJUNCTION TO RESTRAIN INFRINGER
FROM VIOLATING HIS RIGHTS, IMPOUNDMENT
AND DESTRUCTION OF ALL REPRODUCTIONS
6/11/08 (TOTAL RECALL)-
OF TIRES. 6/13/08

(6)

1  COMPLAINT ~ CONTINUED: 9 B CAL D 2d -659
2  RELIEF SOUGHT
3  KEY 87.(1). ACTUAL DAMAGES AND PROFITS
   WEST'S KEY DIGEST. 06/12/08
4  ... of HIS WORK MADE IN VIOLATION OF
5  HIS RIGHTS, A RECOVERY OF HIS ACTUAL
6  DAMAGES AND ANY ADDITIONAL PROFITS
7  REALIZED BY INFRINGER OR A RECOVERY
8  OF STATUTORY DAMAGES AND ATTORNEY
9  FEES. 17 U.S.C.A. §§ 502-505.
10     SONY CORP. OF AMERICA V.
11  UNIVERSAL ~~$$~~ ERROR CITY STUDIOS, INC.,
12  104 S. CT. 774, 464 U.S. 417, 78
13  L.ED.2d 574 REHEARING denied
14  104 S. CT. 1619, 465 U.S. 1112, 80
15  L. ED. 2d 148.

16
17     DEFENDANT GOODYEAR VIOLATED
18  THE PLAINTIFF'S RIGHTS TO "DUE
19  PROCESS OF LAW" UNDER, THE
20  FOURTEENTH AMENDMENT. U.S.C.A.
21  CONST. AMEND. 14; (1ST AMEND., 6TH
22  AMENDMENT & 14TH AMENDMENTS. 06/11/08).
23     WHEREFORE, PLAINTIFF SEEKS THE
24  COURT TO CONSIDER PLAINTIFF'S
25  COMPLAINT ACCORDING TO THE
26  PROVISIONS, RULES, REGULATIONS[1]
27  AND IN THE INTEREST OF
28  JUSTICE AND IN FAVOR OF THE (NOTE[1])
   1. RED TAPE, PROTOCOL, BUREAUCRACY & STATUTES,
   & GOVERNMENT INTERVENTION, PREVENTION.
                    (7)

COMPLAINT~ CONTINUED:

1
2
3 ...PLAINTIFF AND IN THE INTEREST
4 of THE ~ERROR~ CONSTITUTION of THE
5 UNITED STATES of AMERICA.
6 FOR, WHICH IT STANDS. ONE
7 NATION, UNDER GOD, INDIVISIBLE,
8 WITH JUSTICE, AND LIBERTY FOR
9 ALL, (IN THE INTEREST of JUSTICE 06/11/08).

10 THIS. PROVES A PRIMA FACIE CASE of PREJUDICE. RESPECTFULLY
11 (THIS PROVES PRE- SUBMITTED,
12 JUDICE TO THE PLAINTIFF.).
13 06/11/08 BY, _____ Edward Keith Gulbrandson
   PRO SE.        IN PRO SE.
14                Edward Keith Gulbrandson
15 BURDEN of PROOF PLAINTIFF FOR THE COURT,
   BY, THE PLAINTIFF.
16        IN:(AMICUS CURAE).
17        (IN PRO SE. 06/11/08)

18    SWORN UNDER PENALTIES of
19 PERJURY THIS ____27th DAY of
20 _____ 2005. (& UNDER PENALTIES of
   APRIL
21 PERJURY THIS 06/11/08.
22    Edward Keith Gulbrandson
23    PLAINTIFF-(PRO SE 06/11/08)

24    27 APRIL _____ 2005
25 6/11/08 "WITH A EXPLANATION: THE DATE of THE
26 WRIT IS: 27 APRIL 2005 THE WRIT'S DATE IS
27 STAMPED ON FRONT WITH MAR 21, 2005
28 THE COURT STAMPED THE WRIT ON MARCH 21, 2005
   BUT, I COMPLETED THE WRIT ON 27 APRIL, 05

NOTE: WITH PERMISSION.(8)
   Signed under PENALTY of PERJURY THIS 06/11/08
   Edward Keith Gulbrandson        -PRO SE.

## JURISDICTION

The Court has Jurisdiction under, Article III Section 2 of the U.S. Constitution and 28 U.S.C. § 1331 States: "The district Courts shall have original Jurisdiction of all Civil actions arising under the Constitution, Laws, or Treaties of the United States."

## VENUE

Venue is waived where Jurisdiction is found under 28 U.S.C. § 1331, Constitutional Rights Violations see, PLYLER V. DOE, 457 U.S. 202 (1982) (Constitutional Rights of Aliens). Aliens have long been recognized as "Persons" guaranteed due process of law by the Fifth and Fourteenth Amendments. SHAUGHNESSY V. MEZEI, 345 U.S. 206, 212 (1953); WONG WING V. UNITED STATES, 163 U.S. 228, 238 (1896); YICK WO V. HOPKINS, 118 U.S. 356, 369 (1886). Indeed, we have clearly held that the Fifth Amendment Protects Aliens whose presence in this Country is unlawful from invidious discrimination by the Federal Government. MATHEWS V. DIAZ, 426 U.S. 67, 77 (1976).

Dated: 6/18/08 (Wednesday).

Edward Keith Gulbrandson

EDWARD KEITH GULBRANDSON

Orig./File

# JURISDICTION
## VENUE

5th AMENDMENT TO THE U.S. CONSTITUTION
No PERSON SHALL BE HELD TO ANSWER FOR A
CAPITAL OFFENSE OR OTHER INFAMOUS
CRIME UNLESS ON A PRESENTMENT OR INDICT-
MENT OF A GRAND JURY, EXCEPT IN CASES
ARISING IN THE LAND OR NAVAL FORCES, OR IN THE
MILITIA, WHEN IN ACTUAL SERVICE, IN TIME
OF WAR OR PUBLIC DANGER; NOR SHALL BE
COMPELLED IN ANY CRIMINAL CASE TO BE A
WITNESS AGAINST HIMSELF, NOR BE DEPRIVED
OF LIFE, LIBERTY OR PROPERTY, WITHOUT DUE
PROCESS OF LAW; NOR SHALL PRIVATE PROPERTY
BE TAKEN FOR PUBLIC USE WITHOUT JUST
COMPENSATION. (KEY CASES):
★ COUNSEL FOR INDIGENT PLAINTIFF'S ___
SEE, ARGERSINGER V. "HAMLIN," 407 U.S. 25 (1972);
★ COURT ACCESS ___
SEE, PROCUNIER V. MARTINEZ, 416 U.S. 396 (1974)
★; ASSISTANCE OF COUNSEL; ___
: SEE, "GIDEON V. WAINWRIGHT, 372 U.S. 335 (1963);

DATED: 6/18/08 (WEDNESDAY).
EDWARD KEITH GULBRANDSON

ORIGINAL/FILE

FIFTH AMENDMENT
Signed / Dated

POST SCRIPT:

ONE

Edward Keith Gulbrandson
#C46985 F3-011-132L
P.O. Box 799003
San Diego, CA. 92179-9003
'I did not appreciate my invention/'
DEAR CLERK:

I need the local Rules of Court
for filing motions, written response.
Memorandum, Discovery, Inter-
rogatories, etc. is to be handled
how Discovery is handled or con-
ducted in civil cases.

I wish to award the court
50% of recovery my total
diminution award which comes to:
$13,441,313.50.
Total copyright infringement
$27,982,725.00.

1. Idea, therefore, the government
cannot foreclose on Royalties
and inventorship Rights even
where Patents are secured.
2. Copyrighted idea was Precedent
where, copyright was secured ©
1991 October 22, and the patent
was secured after copyrighted
idea was secured, in 1993.

RECEIVED

JUN-0-8-2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

TWO | LETTER TO CLERK.

This SETS A PRECEDENT UNDER,
"COPYRIGHT LAW" VioLATiNG PLAINTIFF'S
RiGHT TO JUST CompenSATiON
UNDER THE FiFTH AMENDMENT RiGHT
" ... NOR BE deprived of LiFE,
LiBERTY, OR PROPERTY, WITHOUT DUE
PROCESS OF LAW." NOR SHALL PRIVATE
PROPERTY BE TAKEN foR PUBLIC USE
WITHOUT JUST COMPENSATiON.
DUE PROCESS: THE FiFTH AND FOURTEENTH
AMENDMENTS BOTH CONTAiN DUE PROCESS
CLAUSES PROHiBiTiNG THE depriVATiON
of "LiFE, LiBERTY OR PROPERTY WiTHOUT
DUE PROCESS OF LAW."

DATED: 6/18/08    VERY RespectFully
(WEDNESDAY).    SUBMiTTED,

EDWARD KEiTH GULBRANDSON
(PLAiNTiFF).

POST SCRiPT:
    I WiLL NEED AN IN FORMA PAUPERIS
AFFidAVIT. THANK YOU!

Signed / dated.
Letter to clerk.

```
REPORT ID: TS3030  .701                          REPORT DATE: 04/01/08
                                                  PAGE NO:      1
```

*EXHIBIT*
*C*

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: MAR. 01, 2008 THRU APR. 01, 2008
```

```
ACCOUNT NUMBER : C46985               BED/CELL NUMBER: F31300000000132L
ACCOUNT NAME   : GULBRANDSON, EDWARD KEITH    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY


     << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>
```

```
                          CURRENT HOLDS IN EFFECT
    DATE      HOLD
   PLACED     CODE          DESCRIPTION           COMMENT    HOLD AMOUNT
 ----------   ----   ------------------------------   ----------   -----------
 08/22/2007   H110   COPIES HOLD                   0929/AUG07       6.50
 08/22/2007   H110   COPIES HOLD                   0929/AUG07       1.30
 08/22/2007   H110   COPIES HOLD                   0929/JUL07       1.70
 01/23/2008   H110   COPIES HOLD                   3728/JAN08       2.00
 01/23/2008   H110   COPIES HOLD                   3728/DEC07       2.20
 03/17/2008   H110   COPIES HOLD                   4876/MAR08       0.40
```

```
                          TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL        TOTAL       CURRENT       HOLDS     TRANSACTIONS
    BALANCE      DEPOSITS   WITHDRAWALS    BALANCE      BALANCE    TO BE POSTED
 -------------  ----------- ------------  -------------- ---------- --------------
      0.00         0.00         0.00          0.00        14.10          0.00
 -------------  ----------- ------------  -------------- ---------- --------------
 -------------  ----------- ------------  -------------- ---------- --------------


                                                  CURRENT
                                                 AVAILABLE
                                                  BALANCE
                                               --------------
                                                    14.10-
                                               --------------
                                               --------------
```

```
REPORT ID: TS3030  .701                        REPORT DATE: 05/01/08
                                                   PAGE NO:      1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        R.J.DONOVAN CORR. FACILITY
                      INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: APR. 01, 2008 THRU MAY 01, 2008

ACCOUNT NUMBER : C46985               BED/CELL NUMBER: F31200000000132L
ACCOUNT NAME   : GULBRANDSON, EDWARD KEITH    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                        CURRENT HOLDS IN EFFECT
   DATE      HOLD
  PLACED     CODE          DESCRIPTION            COMMENT    HOLD AMOUNT
----------   ----  ------------------------------ ---------- -----------
08/22/2007   H110  COPIES HOLD                     0929/AUG07       6.50
08/22/2007   H110  COPIES HOLD                     0929/AUG07       1.30
08/22/2007   H110  COPIES HOLD                     0929/JUL07       1.70
01/23/2008   H110  COPIES HOLD                     3728/JAN08       2.00
01/23/2008   H110  COPIES HOLD                     3728/DEC07       2.20
03/17/2008   H110  COPIES HOLD                     4876/MAR08       0.40

                        TRUST ACCOUNT SUMMARY
  BEGINNING     TOTAL       TOTAL      CURRENT      HOLDS    TRANSACTIONS
   BALANCE     DEPOSITS   WITHDRAWALS  BALANCE     BALANCE   TO BE POSTED
------------ ----------- ------------ ----------- ---------- ------------
      0.00       0.00        0.00        0.00       14.10         0.00
------------ ----------- ------------ ----------- ---------- ------------
------------ ----------- ------------ ----------- ---------- ------------

                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                           --------------
                                                   14.10-
                                           --------------
                                           --------------
```

EXHIBIT
D

TRUST ACCOUNT
STATEMENTS

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

### Edward Keith Gulbrandson

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** San Diego
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Edward Keith Gulbrandson**
**PO Box 799003**
**San Diego, CA 92179**
**C-46985**

**DEFENDANTS**

### Goodyear Tire

**FILED**

**JUN 2 4 2008**

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**BY                          DEPUTY**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**ATTORNEYS (IF KNOWN)**

## '08 CV 1143 LAB NLS

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)                  FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

### 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 740 Railway Labor Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint:   JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE   Docket Number

DATE   6/24/2008

SIGNATURE OF ATTORNEY OF RECORD

*R Mulley*