# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES



FILED
JUN 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE   ~~Abbot~~ Stormes

FROM:  R. Mullin,_____ Deputy Clerk   RECEIVED DATE:   6/24/2008

CASE NO.:   08cv1143 LAB (NLS)   DOCUMENT FILED BY:   Plaintiff

CASE TITLE:   Gulbrandson v. Goodyear Tire

DOCUMENT ENTITLED:   Plaintiff's First Set of Interrogatories to Defendants

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Unless filing is ordered by the court, no discovery (ie: depositions, interrogatories and requests for admissions) are filed in the district court.** |

Date forwarded:   6/26/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐  The document is to be filed nunc pro tunc to date received.

☑  The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF:   Judg Stormes

Dated:  6/20/08
cc: All Parties

By:   KMB, PSLC

**REJECTED**

*STAMP OR A DATE*
*FILED HERE.*

ONE.    Edward Keith Gullbrandson
         R.J. Donovan Correctional Department
Prison-#C46985 F3-011-132L
         P.O. Box 799003
         San Diego, California-92179-9003


         United States District Court
         Southern District of California

Edward Keith Gullbrandson        Case# 08CV1143LABNLS
Plaintiff,
                        ] Plaintiff's → First Set of
Vs.                       Interrogatories to Defendant
Tom Harvie, (CEO) President
Goodyear Tire and Rubber Company
Defendant(s),

     Pursuant to Rule 33 of the Federal Rules of
Civil Procedure and Order of This Court,
Plaintiff Edward Keith Gullbrandson (hereinafter
"Plaintiff"), hereby requests that
Defendants answer the foregoing/following
interrogatories under oath, in accordance
with the definitions and instructions set
forth below, within thirty (30) calendar
days after service of these interrogatories
         Definitions and Instructions
     (A) As used herein, the term "document"
means every type of recorded information
dated or prepared prior to or subsequent to
this action, including but not limited to