UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
JUN 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE  Judge Stormes
FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 6/24/2008
CASE NO.: 08cv1143 LAB (NLS)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Gulbrandson v. Goodyear Tire
DOCUMENT ENTITLED: Plaintiff's First Request for Production of Documents & Request for Admissions

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Unless filing is ordered by the court, no discovery (ie: depositions, interrogatories and requests for admissions) are filed in the district court.** |

Date forwarded: 6/26/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Stormes
Dated: 6/26/08    By: KMB, PSLC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

2008 STAMPED Filing date?

ONE. Edward Keith Gulbrandson
R.J. Donovan State Prison
#C46985 F3-011-132L
P.O. Box 799003
San Diego, California - 92179-9003

United States District Court
Southern District of California

Edward Keith Gulbrandson
Plaintiff,
vs.
Tom Harvie, (CEO)
President, Goodyear Tire &
Rubber Company
3344 East Market
Akron, Ohio - 33 (UNK.)
Defendant, (S).

Case No. 08CV1143 LAB (NLS)

Plaintiff's First Request for Production of Documents

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff hereby requests that Defendant produce for inspection and copying, the documents and tangible things identified below within (30) calendar days of the service of this document request. (Discovery Motion):

(1) Copyright © 1991 of Plaintiff's directional asymmetrical tread design designated as, Panel E-5) Copyright office, Library of Congress.

**REJECTED**

ONE.  Edward Keith Gulbrandson
#C46985  F3-011-132L
P.O. Box 799003
San Diego, CA 92179-9003.

United States District Court
Southern District of California,
Case No. _____

Edward Keith Gulbrandson
Plaintiff,                       Plaintiff's First Request
vs.                              for Admissions
Tom Harvie (C.E.O.) President,
Goodyear Tire & Rubber Company,
Defendant(s),

To: Attorney for Goodyear
Tire & Rubber Company
3344 East Market
Akron, Ohio —

Pursuant to Fed. Rules Civ. P. 36, Edward Keith Gulbrandson, Plaintiff, requests, Defendants Tom Harvie to admit the following:

1. Defendant was on duty at Goodyear Tire & Rubber Company production plant on or about November 22, 1991, in the Administration Bldg.

2. Defendant was aware of the Specification (Aqua-Tread) on November 1991.