# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
JUN 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE __Stormes__
FROM: __L. Hammer,__ Deputy Clerk       RECEIVED DATE: __6/27/2008__
CASE NO.: __08cv1143 LAB (NLS)__ DOCUMENT FILED BY: __Plaintiff__
CASE TITLE: __Gulbrandson v. Goodyear Tire & Rubber Company__
DOCUMENT ENTITLED: __Letter to Magistrate Judge__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☑ | | **OTHER: Ex Parte Communication is Prohibited** |

Date forwarded: __6/30/2008__

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: __6/30/08__         CHAMBERS OF: __Judge Burns__
cc: All Parties              By: _____

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

**REJECTED**

Letter/Explanation/<u>Story to Presiding Judge</u>.

<u>TITLE</u>: <u>THE HIGH PRICE OF FRIVOLOUS LAWSUITS</u>. New York Attorney General Dennis C. Vacco has made quite a name for himself in recent years through his issuance of an annual "top ten" list of frivolous *prisoner* lawsuits. The list of real legal complaints filed by prisoners for grievances such as bad haircuts or stale pop tarts has become a favorite source of comic relief for the media, but state and federal government officials have found the topic of frivolous prisoner suits any-thing but funny. In the past decade, a number of states have passed laws that allow for the reloc-ation of goodtime credits for prisoners who file frivolous and/or malicious legal complaints. Likewise, the federal Prison Litigation Reform Act passed in 1996 restricts civil complaint filings by prisoners who have had three or more past complaints deemed frivolous by the courts.

<u>CASE FACTORS</u>: <u>Bounds v. Smith</u>, 430 U.S. 817 (1977). Fundamental *constitutional* Right■ of access to the courts. See also, <u>Shango v Jurich</u>, 965 F.2d 289 (7th Cir. 1992) and <u>Toussaint v. McCarthy</u>, 926 F.2d 800 (9th Cir. 1990). <u>Lewis v. Casey</u>, 518 U.S. 343 (1996) a ruling that sharply narrowed the Bound's decision. [<u>Right of Access to the Courts</u>]. First, Fifth, & Fourteenth Amendments.