U.S. District Court
Ofc. of The Clerk
880 Front Street, Ste. 4290
San Diego, CA. 92101-8900

FILED
2008 JUL 29 AM 11:12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

NUNC PRO TUNC
JUL 25 2008

Motion for
Extension of Time
& Motion for IFP Extension
Case # 08CV1143 LAB (NLS)

Comes now, Plaintiff requesting a Motion for Extension of Time.

*[signature]* Edward Gulbrandson
In Pro Per.

Dated: 7/23/08

Post Script:
Note, did the Clerk of the Court make a photo copy of my Appeal & Memorandum of Points & Authorities? And sent it back to me as received?

Proof of Service by Mail

[Case Name and Court Number] #08 CV 1143 LAB (NLS)

I declare that:

I am a resident of R.J. DONOVAN in the county of SAN DIEGO California. I am over the age of 18 years. My residence address is: 480 ALTA Rd. P.O Box 799003 San Diego CA 92179-9003 On 7/15/08, I served the attached (IFP) MOTION MOTION FOR EXTENSION OF TIME on the U.S. DIST. CRT - CLERK in said case by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at R.J. DONOVAN CORR. FACILITY. addressed as follows:

Clerk of The Court U.S. DIST. CRT. #RM. 4290
880 FRONT STREET San Diego, CA 92179-9003

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on 7/23/08 [date], at SAN DIEGO, California.

Edward Gilbertson
[Type or Print Name]
C46985

[Signature]

I Need Time To get A IFP form And Account for Six Months Period.