**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

# FILED

**2008 AUG 28  PM 3: 20**

CLERK US DISTRICT COURT
~~SOUTHERN DISTRICT OF CALIFORNIA~~

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    <u>Burns</u>

FROM: <u>R. Mullin,</u>    Deputy Clerk    RECEIVED DATE:    <u>8/27/2008</u>

CASE NO.: <u>08cv1143 LAB (NLS)</u>   DOCUMENT FILED BY:    <u>Plaintiff</u>    BY:_____ DEPUTY

CASE TITLE: <u>Gulbrandson v. Goodyear Tire & Rubber Company</u>

DOCUMENT ENTITLED: <u>Motion for Judgment by Default</u>

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|------------|-------------|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Improper format and case closed.** *Plaintiff must comply with Order dated 8/18/08 to re-open case.* |

**Date forwarded:**    <u>8/28/2008</u>

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: <u>*Judge Burns*</u>

Dated: <u>8/28/08</u>    By: <u>*KmB, PSLC*</u>
cc: All Parties

EDWARD GULBRANDSON

P.O. BOX 799003
SAN DIEGO, CALIFORNIA 92179-9003

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EDWARD K. GULBRANDSON    CASE REJECTED

VS.          PLAINTIFF,    08-1143-LAB (NLS)

GOOD YEAR TIRE & RUBBER
COMPANY

DEFENDANT.
MOTION FOR JUDGEMENT
BY DEFAULT

COMES NOW, PLAINTIFF, EDWARD
KEITH GULBRANDSON AND STATES
THAT THE FOREGOING INFORMATION
IS TRUE AND CORRECT.

ON JUNE 26, 2008 THE COURT:
U.S. DISTRICT COURT SOUTHERN DISTRICT
OF CALIFORNIA; THE PLAINTIFF'S
FIRST SET OF INTERROGATORIES TO
ERROR ~~DEFENDANT~~ DEFENDANTS AND PLAINTIFF'S
FIRST REQUEST FOR PRODUCTION OF
DOCUMENTS & REQUEST FOR
ADMISSIONS.

THE DEFENDANTS DID NOT RESPOND
WITHIN (30) DAYS, THE PLAINTIFF,
ALLOWED DEFENDANTS AN ADDITIONAL
(30) DAYS TO RESPOND AND THE
DEFENDANTS REFUSED TO ANSWER.
(1)