# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

2008 AUG 29 PM 12: 59

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Burns

FROM: __R. Mullin,__ Deputy Clerk     RECEIVED DATE: __8/28/2008__

CASE NO.: __08cv1143 LAB (NLS)__  DOCUMENT FILED BY: Plaintiff RM ___DEPUTY

CASE TITLE: __Gulbrandson v. Goodyear Tire & Rubber Company__

DOCUMENT ENTITLED: __Motion for a Court Order to Produce Documents...__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | **Missing time and date on motion and/or supporting documentation** |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | __OTHER: Case closed.__ Plaintiff must comply with Court order dated 5/15/08 to proceed in this case. |

Date forwarded: __8/28/2008__

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.     Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: __Judge Burns,__

Dated: __8/29/08__     By: __Kaub, PSLC__
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of CALIFORNIA

EDWARD KEITH GULBRANDSON, **REJECTED**
                    PLAINTIFF,

VS.                              CIVIL No.
                                 08-1143 LAB (NLS)

GoodYear Tire & Rubber
Company,         Defendant

                    MOTION for A Court
                    ORDER TO PRODUCE
                    DOCUMENTS for, A
                    Six MONTH TRUST
                    ACCOUNT STATEMENT,
            FROM/FOR, THE R.J. DONOVAN
                    CORRECTIONAL FACILITY
                    F3 ACCOUNTING
                    DEPARTMENT.
            ERROR
Comes, Now, EDWARD K. GULBRANDSON
REQUESTING THE COURT TO ORDER
THE PRODUCTION of DOCUMENTS
FROM, THE R.J. DONOVAN CORR./REHAB
FACILITY ACCOUNTING office FOR
THE PAST SIX MONTH TRUST ACCT.
BALANCE SHEET FOR, EDWARD KEITH
GULBRANDSON, #C-46985 F3-011-132L.