**PLAINTIFF/PETITIONER/MOVANT'S NAME:** Edward Keith Gulbrandson

**PRISON NUMBER:** C46985

**PLACE OF CONFINEMENT:** R.J. Donovan Corr. Fac. & Rehab.

**ADDRESS:** 480 Alta Rd. F3-015-132L San Diego, CA — 92179-9003

NUNC PRO TUNC
AUG 29 2008

FILED
SEP 2 – 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

Edward Keith Gulbrandson,
    Plaintiff/Petitioner/Movant

v.

Tom Harvie CEO-Pres.
Goodyear Tire & Rubber Company,
    Defendant/Respondent
3344 East Market Street
Akron, Ohio 33—

Civil No. 08CV1143 LAB (NLS)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Edward Keith Gulbrandson, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to question 2)
    If "Yes," state the place of your incarceration R.J. Donovan Corr. Fac. & Rehab. 480 Alta Rd. San Diego, CA 92179-9003
    Are you employed at the institution? ☐ Yes ☒ No
    Do you receive any payment from the institution? ☐ Yes ☒ No

[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

(over–please)

Monday Sept. 1, 2008

CIV-67 (Rev. 9/97)

_Edward Keith Gulbrandson_
Designer

::ODMA\PCDOCS\WORDPERFECT\22835\1

REQUESTS <u>NOT TO</u> "AMEND" THE COMPLAINT.

## STATEMENT OF FACTS:

ON OR ABOUT 1985 I BEGAN RESEARCHING THE DIRECTIONAL ASYMMETRICAL TREAD WHEN, I COMPLETED THE "SPECIFICATION, DESCRIPTION, CLAIMS, ABSTRACT, AND DRAWINGS" I, SECURED A COPYRIGHT ON MY "<u>IDEA</u>" OCTOBER 22, 1991. WHICH, PROVIDED PARTIAL PROTECTION UNDER, "<u>COPYRIGHT LAW</u>" AND UNDER, (17 USCS OR, 35 U.S.C. § 1498 COPYRIGHT AND PATENT LAW PARAGRAPH (A) AND <u>PARAGRAPH (B)</u> <u>PATENT LAW</u>, I AM THE FIRST DESIGNER AND PATENT-HOLDER DATED: NOVEMBER 22, 1993 WHERE, DEFENDANT GOODYEAR RECEIVED "STOLEN PROPERTY" AND SECURED AN ILLEGALLY OBTAINED "PATENT" WITHOUT CONSENT FROM THE ORIGINAL OWNER, DESIGNER, DEVELOPER, FIRST INVENTORSHIP RIGHTS TO THE PATENT UNDER, THE PROVISIONS BY, STATUTES, RULES, REGULATIONS AND THE <u>UNITED STATES CODE</u> UNDER (17, OR 35 USCS 1498 (A) AND (B); (A.) <u>COPYRIGHT LAW</u> AND (B.) <u>PATENT LAW</u>, AND 17 USC § 101 (ET. SEQ.?), (FIRST INVENTORSHIP RIGHTS). DEFENDANT MR. TOM HARVIE (CEO) PRESIDENT GOODYEAR TIRE & RUBBER COMPANY 3344 E. MARKET AKRON, OHIO. <u>DENIED ME/PLAINTIFF</u>,

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____ N/A _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   MARCH 2007   $18 Take Home pay $35
   NET $18 GROSS. R.J. DONOVAN CORR. FAC./REHAB
   480 ALTA RD SAN DIEGO, CA. 92179-9003!

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment  ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends  ☐ Yes ☒ No
   c. Pensions, annuities or life insurance  ☐ Yes ☒ No
   d. Disability or workers compensation  ☐ Yes ☒ No
   e. Social Security, disability or other welfare  ☐ Yes ☒ No
   e. Gifts or inheritances  ☐ Yes ☒ No
   f. Spousal or child support  ☐ Yes ☒ No
   g. Any other sources  ☒ Yes ☐ No  "Royalties from:
   AQUA-TREAD TIRE DESIGN":
   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. No
   $150,000.00/yr For 20 Years $18M

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): -0- /4.90 —

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:          Year:          Model:
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed? N/A.

MONDAY SEPT. 1, 2008                OVER pp. 2

PAGE TWO

FIRST INVENTORSHIP RIGHTS TO SECURE A "PATENT" IN MY NAME. GOODYEAR INFRINGED MY COPYRIGHT AND THE RIGHT TO THE PATENT UNDER, 17 UNITED STATES CODE § 101 WHOEVER, INVENTS OR DESIGNS, MANUFACTURES, AN INVENTION (WITHOUT PRIOR PERMISSION) - (SELF) HAS COMMITTED GRAND THEFT PUNISHABLE BY FINES AND OR IMPRISONMENT DEFENDANT, HAS NOT ONLY DENIED INVENTORSHIP RIGHTS BUT HAS DENIED "ROYALTIES" RIGHT TO THE PATENT, AND HAS INFRINGED MY COPYRIGHT TO MY IDEA UNDER, THE FIRST, FIFTH, SIXTH, AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES (1ST, 5TH, 6TH, 14TH AMEND.) AND INFRINGED MY PATENT TO DIRECTIONAL ASYMMETRICAL TREAD WHICH, KEEPS A TIRE OR AUTOMOBILE FROM HYDRO-PLANING ON A WET PAVEMENT. THE MONETARY VALUE IS: $ TOTAL NET $15 BILLION X 5,475 DOUBLE INFRINGEMENTS FROM COPYRIGHT = $5,000.00/PER INFRINGEMENT = $27,982,000,000 m. $300K X 5,475 INFRINGEMENTS/PER INFRINGEMENT

$8,513,625,000.00 dollars. 8 TRILLION 513 MILLION 625 THOUSAND 00/100s, PATENT

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☒ Yes ☐ No
   If "Yes" describe the property and state its value. I own The "Design" used in the AQUA-TREAD Tire by Goodyear

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   ~~ERROR~~ ~~None~~
   I owe $5,000.00 Restitution to The Victim.

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):
    None

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
    Ward of The State of California (Prisoner) In Forma Pauperis.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

~~ERROR~~

(DATE) ~~scribbled out~~

Signature of Applicant: [signed] Edward Keith Gulbrandson
Edward Keith Gulbrandson
Designer of Aqua-Tread Tire, design © 1991 Oct.22,

Monday Sept. 1, 2008

OVER pp. 3 →

CIV-67 (Rev. 9/97)                               -3-                           ::ODMA\PCDOCS\WORDPERFECT\22835\1

Page THREE

I WANT THE COURT TO AWARD ME FOR THE 5,475 INFRINGEMENTS FROM COPYRIGHT LAW AND 5,475 INFRINGEMENTS FROM PATENT LAW COMPOUNDED BY, 15 YEARS FROM: 1993-2008 PATENT INFRINGEMENT EQUALS = $300K x 5,475 INFRINGEMENTS " " = 8 TRILLION, 513 MILLION, 625 THOUSAND LET THE COURT RECEIVE 50% OF THE TOTAL NET INCOME AND LET THE "NATIONAL DEFICIT" BE "IMBURSED" FROM "PATENT INFRINGEMENTS" EQUALING "4 TRILLION DOLLARS, 206 MILLION DOLLARS, 313 THOUSAND DOLLARS". LET THE COPYRIGHT INFRINGEMENTS = $27M 982 THOUSAND 513.00 BE REIMBURSED TO THE PLAINTIFF FOR COPYRIGHT INFRINGEMENTS = 5,475 TIMES $5,000.00/PER INFRINGEMENTS EQUALS $28 MILLION DOLLARS LET $14 MILLION DOLLARS BE AWARDED TO THE COURT FOR COSTS AND LET THERE BE $2 MILLION DOLLARS FOR ATTORNEYS FEES AND TEN MILLION DOLLARS BE AWARDED AND NON-TAXABLE INCOME TO THE PLAINTIFF.

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _Edward K. Gulbrandson #C-46985_, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

error ~~[scribbled out]~~
DATE

Sept. 1, 2008

_Edward Gulbrandson_
SIGNATURE OF PRISONER
Edward Keith Gulbrandson
(Designer)

over page 4.

CIV-67 (Rev. 9/97)                    -5-                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

PAGE FOUR

WITH AN EXPLANATION:
THE PLAINTIFF HAS SUFFERED IMPRISONMENT THROUGH THE COPYRIGHT AND PATENT INFRINGEMENTS FOR A PERIOD OF 15 YEARS WITHOUT REMEDY TO THE PLAINTIFF.

VERY RESPECTFULLY SUBMITTED,

*Edward Keith Gulbrandson* (signature)

DESIGNER.
EDWARD KEITH GULBRANDSON
W/O COUNSEL.

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
## (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _Edward Gulbrandson #C46985_, (Name of Prisoner/ CDC No.) request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

___ERROR___ [scribbled out]
DATE: MONDAY SEPT 1, 2008

SIGNATURE OF PRISONER: _Edward Gulbrandson_
F3-011-132L
#C46985

CIV-67 (Rev. 4/06)      C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

5